# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                               **CRIMINAL ACTION NO. 1:09CR136-P-D**

**WENDELL G. BLOUNT,**                                     **DEFENDANT.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon the defendant's motion for extension of discovery deadlines [24] and second motion to continue trial [25]. After due consideration of the motions, the court finds as follows, to-wit:

Trial is currently set for February 8, 2010. Defense counsel requests a continuance to afford more time to prepare experts for testimony for trial .

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(7)(A), the period of delay from February 8, 2010 until the new trial date to be set in this matter. The time is excludable under subsection (h)(7)(A) because, given the circumstances described above, a continuance is necessary to afford the defendant's counsel more time to adequately prepare for his client's defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The defendant's motion for extension of discovery deadlines [24] and motion to continue trial [25] are **GRANTED**;

(2) Trial of this matter is continued until Monday, April 19, 2010 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from February 8, 2010 to April 19, 2010 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is March 29, 2010; and

(5) The deadline for submitting a plea agreement is April 5, 2010.

**SO ORDERED** this the 26th day of January, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE